AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| QUANTUM IMAGING & THERAPEUTIC ASSOCIATES, INC.  *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:17-CV-00163 |
| METROPOLITAN DIAGNOSTIC IMAGING, INC. D/B/A A.M.I.C.,  *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment is entered in favor of Plaintiff and against Defendant in the amount of $147,905.94.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Jennifer P. Wilson  on a motion for summary judgment decided by memorandum and order (Docs. 44 & 45) on February 15, 2023.

Date:  February 15, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*